IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03212-WJM-MJW

TAYLRE MALLOY,

Plaintiff(s),

v.

COLD STONE CREAMERY and
ANJALI SARWAL,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the [Motion Re:] Stipulation for Entry of Protective Order (docket no. 9) is GRANTED. The written Stipulated Protective Order (docket no. 9-1) is APPROVED and made an Order of Court.

Date: February 11, 2013