IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03212-WJM-MJW

TAYLRE MALLOY,

Plaintiff(s),

v.

COLD STONE CREAMERY and
ANJALI SARWAL,

Defendant(s).

### MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Unopposed Motion to Vacate Show Cause Hearing (docket no. 19) is GRANTED finding good cause shown. The parties have resolved the basis of the show cause hearing as outlined in the subject motion (docket no. 19). The Show Cause Hearing set before Magistrate Judge Watanabe on Thursday, April 4, 2013, at 9:00 a.m. is VACATED. The Order to Show Cause (docket no. 14) is also VACATED.

Date: April 1, 2013