IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03212-WJM-MJW

TAYLRE MALLOY,

Plaintiff(s),

v.

COLD STONE CREAMERY and
ANJALI SARWAL,

Defendant(s).

---
MINUTE ORDER
---

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion to Vacate Settlement Conference (Docket No. 26) is granted.  The Settlement Conference set for today, August 20, 2013, at 3:00 p.m. is VACATED.  On or before September 20, 2013, the parties shall file their stipulated motion to dismiss.

Date:   August 20, 2013