IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03212-WJM-MJW

TAYLRE MALLOY,

Plaintiff(s),

v.

COLD STONE CREAMERY and
ANJALI SARWAL,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED the "Motion to Withdraw as Counsel of Record" (Docket No. 43) is denied as moot.

Date:  November 4, 2013