**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 12-cv-3212-WJM-MJW

TAYLRE MALLOY

      Plaintiff,

v.

OM MANAGEMENT, d/b/a COLD STONE CREAMERY STORE #284,
ANJALI SARWAL

      Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss filed January 14, 2014 (ECF No. 53).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay his/her or its own attorney's fees and costs.

Dated this 15th day of January, 2014.

                                                   BY THE COURT:

                                                   William J. Martínez
                                                 United States District Judge